[No. 40455-5-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT LEE
STOLLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-05720-3, Faith Ireland, J., entered March
17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40526-8-I.    Division One.    June 22, 1998.]

VINCENT M. HUGHES, *Appellant*, v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 96-2-00811-0, John Meyer, J., entered March
20, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40563-2-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH S.
WHARTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-00657-7, Michael J. Fox, J., entered April
22, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40572-1-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. J.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-00210-1, Marilyn R. Sellers, J., entered
March 22, 1997. *Reversed* by unpublished opinion per Agid,
A.C.J., concurred in by Baker and Ellington, JJ.